Harry L. Barker, Appellant, v. John Monts, Appellee.

Gen. No. 9,507.

opinion filed October 25, 1946; rehearing denied December 28, 1946; released for publication December 30, 1946. Victor Hemphill and Homer D. McLaren, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.